

July 5, 2023

<u>VIA Electronic Filing</u>

Magistrate Judge Nathanael M. Cousins
Courtroom Deputy Lili Harrell
San Jose Courthouse, Courtroom 5 – 4th Floor
280 South 1st Street, San Jose, CA 95113

     Re:  Davis/Rhodes v. Inmar, Case No. 3:21-cv-03779-JD

Dear Judge Cousins and Courtroom Deputy Harrell:

Pursuant to the Clerk's notice, May 8, 2023, please accept this letter as the Parties' joint update as to the settlement conference date.  [*See* Dkt 56.]  Plaintiff counsel's matter set for trial July 24th resolved.  The Parties therefore desire to keep the current settlement conference date of <u>7/25/23</u>.

Thank you for allowing us this time to confirm it with the Court.

                Very truly yours,

TOP LAW PC         SINGER CASHMAN LLP

<u>/s/ Denise K. Top</u>     <u>/s/ Doug Tilley</u>
Denise K. Top          Doug Tilley
Attorneys for Plaintiffs   Attorneys for Defendant

180 Grand Avenue, Ste. 1300   Phone: 510 319 9900   denise@toplawpc.com
Oakland, California 94612     Fax: 510 319 9920     toplawpc.com

Magistrate Judge Nathaniel Cousins
Courtroom Deputy Lili Harrell
July 5, 2023
P a g e | 2

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)

I, Denise K. Top, hereby attest that I conferred with signatory Doug Tilley, who agreed to the filing of this document.

Dated:  July 5, 2023                              TOP LAW PC

                                                              */s/ Denise K. Top*
                                                              Denise K. Top
                                                              Attorneys for Plaintiffs